UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AVE CINAR, CELESTE DRAYTON, NICOLE ADOLPHUS, DARLENE RIERA, and STUART BARON, individually on behalf of themselves and on behalf of all others similarly situated,

                  Plaintiffs,

-against-

R&G BRENNER INCOME TAX, LLC, SUMMIT CONSULTANTS, INC., APEX PLANNING INC., and BENJAMIN K. BRENNER,

                  Defendants.
-----------------------------------------------------------X

20-cv-01362 (RPK)(JRC)

ORDER

        The above-captioned Parties, by and through their undersigned counsel, hereby respectfully submits this Proposed Order governing the dissemination of notice to class members for the Court's review and consideration:

        1.    Defendants shall produce the names, last known addresses, and last known telephone numbers for all class members within five (5) business days of the Court approving the Parties' proposed Class Notice, filed at D.E. 114.

        2.    All Class Notices shall be disseminated via USPS First Class Mail within ten (10) business days of the Court approving the Parties' proposed Class Notice, filed at D.E. 114.

        3.    For any class members whose Class Notice is returned as undeliverable, Plaintiffs' counsel will skip-trace such class member's telephone number to ascertain a current address at which to deliver the Class Notice.

| | |
|---|---|
| Dated: Massapequa, New York<br>       November 13, 2024 | Dated: Uniondale, New York<br>       November 13, 2024 |
| The NHG Law Group, P.C. | Rivkin Radler LLP |
| By: Keith E. Williams, Esq.<br>*Attorneys for the Plaintiffs* | By: John Diviney, Esq.<br>*Attorneys for the Defendants* |

1

4242 Merrick Road  
Massapequa, New York 11758  
Tel: 516.228.5100  
keith@nhglaw.com  

Dated: Brooklyn, New York  
    November 22, 2024  

926 RXR Plaza  
Uniondale, New York 11556  
Tel: 516.357.3000  
John.Diviney@rivkin.com  

SO ORDERED:  

s/ James R. Cho  
Hon. James R. Cho, U.S.M.J.