**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
AVE CINAR, CELESTE DRAYTON, NICOLE ADOLPHUS, DARLENE RIERA, and STUART BARON, individually on behalf of themselves and on behalf of all others similarly situated,

                    Plaintiffs,

  -against-

R&G BRENNER INCOME TAX, LLC, SUMMIT CONSULTANTS, INC., APEX PLANNING INC., and BENJAMIN K. BRENNER,

                    Defendants.
-------------------------------------------------------X

1:20-cv-01362-JRC

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT AND RELEASE**

**[UNOPPOSED]**

Plaintiffs, AVE CINAR, CELESTE DRAYTON, NICOLE ADOLPHUS, DARLENE RIERA, and STUART BARON, individually on behalf of themselves and on behalf of all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned counsel of record, move this Honorable Court for an Order:

    1.    Granting Preliminary Approval of the Class Action Settlement;

    2.    Approving the Proposed Notice, Claim Form, and Opt-Out Statement submitted herewith; and

    3.    Setting a date for a Final Fairness Hearing.

This motion is based on the Memorandum of Law in Support of Plaintiffs' Motion, the Declaration of Keith E. Williams, Esq., and the exhibits annexed thereto.

Dated: Massapequa, New York
         December 23, 2025

The NHG Law Group, P.C.

_____
By: Keith E. Williams, Esq.
*Attorneys for the Plaintiffs*

                                                4242 Merrick Road
                                                Massapequa, New York 11758
                                                Tel: 516.228.5100
                                                keith@nhglaw.com

To:    Rivkin Radler LLP
        c/o John K. Diviney, Esq.
        *Attorneys for the Defendants*
        926 RXR Plaza
        Uniondale, New York 11556
        Tel: 516.357.3000
        John.diviney@rivkin.com